IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-124 |
| | ) | (JORDAN/GUYTON) |
| WILLIE CURTIS HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on April 12, 2006 for a hearing on the Motion To Substitute Counsel [Doc. 76] filed by Willie Henry through Mark A. Brown. Mr. Willie Henry's attorney of record in the case, Robert Vogel, participated by telephone, and the defendant Willie Henry was present. During the course of the hearing, and after speaking privately with Mr. Willie Henry, attorney Mark A. Brown stated that he wished to withdraw the Motion To Substitute Counsel and allow Mr. Willie Henry to seek a different substitute counsel. Mr. Willie Henry stated to the Court that was also what he wished to do.

Accordingly, the Motion To Substitute Counsel **[Doc. 76]** is **DENIED AS MOOT**, having been withdrawn by oral request during the hearing.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge

1