UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-124 |
| V. | ) | (JORDAN/GUYTON) |
| | ) | |
| WILLIE CURTIS HENRY | ) | |

MEMORANDUM AND ORDER

The defendant appeared before the undersigned on May 1, 2006, for a hearing on the defendant's Motion to Withdraw as Attorney [Doc.71]. Assistant United States Attorney Hugh B. Ward, Jr. was present representing the government. Robert L. Vogel was present representing the defendant. Attorney Mike Whalen appeared and advised this Court that he has been retained to represent defendant Willie Curtis Henry.

The Motion to Withdraw as Attorney [Doc. 71] was unopposed by the government and **GRANTED** and Mr. Vogel is allowed to withdraw as counsel of record.

Accordingly, it is **ORDERED** that **Robert L. Vogel** is relieved as counsel for Willie Curtis Henry and **Mike Whalen** is substituted as retained counsel of record for Mr. Henry.

**ENTER**:

      s/ H. Bruce Guyton
United States Magistrate Judge